## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:<br><br>JENNY N. LAM,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 13-24420<br><br>Judge Carol A Doyle |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on October 5, 2018, our office caused to be filed with the Clerk of United States Bankruptcy Court for the Northern District of Illinois the attached Creditor's Response to Notice of Final Cure Payment.

/s/ *Eric Feldman*

### CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018, a copy of the foregoing Notice and accompanying Response to Notice of Final Cure Payment was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

**Jenny N. Lam**
4308 Elm Avenue
Brookfield, IL 60513
COOK-IL
SSN / ITIN: xxx-xx-3405

represented by **Dariusz T Wator**
Wator & Zac, LLC
10711 S Roberts Rd
Palos Hills, IL 60465
(708) 974-0000
Fax : (708) 974-0011
Email: bankruptcy@4legalbasics.com

*Trustee*
**Tom Vaughn**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
312 294-5900

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

                                            */s/ Eric Feldman*
                                            Attorney for Movant

Eric Feldman & Associates, P.C.
123 W. Madison, Ste. 1650
Chicago, IL 60602
312-344-3529; Fax: 877-571-4228
efeldman@efalaw.com